**Electronically Filed
Supreme Court
SCWC-15-0000657
03-MAR-2017
08:18 AM**

SCWC-15-0000657

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

DARWIN RAMIREZ, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000657; CR. NO. 98-0-2266)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Wilson, J., dissenting separately)

Petitioner/Defendant-Appellant Darwin Ramirez's application for writ of certiorari filed on January 17, 2017, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, March 3, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

